# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2025

## NO. 03-25-00058-CV

**Katrina Smith and Shayla Smith Henderson, Appellants**

**v.**

**Martin Vaughn, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order signed by the trial court on November 5, 2024. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.